## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Petitioner,    ) | |
| ) | |
| v.    ) | Civil Action No.  4:05CV3308 |
| ) | |
| ADAM D. KOHL, III,    ) | |
| ) | |
| Respondent.    ) | |

### ORDER TO SHOW CAUSE

Upon the petition of the United States, and the declaration and summons attached thereto,

IT IS ORDERED:

1.  Respondent, Adam D. Kohl, III, shall appear before the United States District Court for the District of Nebraska in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska,  at 10:00 a.m. on February 13, 2006, to show cause why the respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on July 22, 2005.

2.  A copy of this Order to Show Cause, together with the petition and exhibits thereto, shall be personally served on Adam D. Kohl, III by an official of the Internal Revenue Service within thirty (30) days of the date of this Order and proof of service filed with the Clerk of the District Court within five (5) business days after such service upon respondent.

3.  Within five (5) days of service of copies of this Order to Show Cause, the petition and exhibits thereto, the respondent shall file and serve a written response to the petition.  If the respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney, at least five (5) business days prior to the date of the show cause hearing.  Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted.

4.  If respondent complies with the summons, petitioner and respondent may jointly notify the Court in writing on or before the hearing by filing a notice of compliance with the Clerk of the Court and delivering a copy of the joint notice to the undersigned.  Upon receipt of such written notice, the court will cancel the hearing.

DATED this 13th day of December, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge