IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:05CV3308 |
| ) | |
| v. ) | |
| ) | |
| ADAM D. KOHL, III, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to plaintiff's notice of dismissal, filing 6,

IT IS ORDERED,

The hearing that was set for this date is cancelled and this action is dismissed.

DATED this 13th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge